# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

DARIEN FROESS, Individually and
on Behalf of All Others Similarly
Situated,

     **Plaintiff,**

**v.**

CARDLYTICS, INC., KARIM
TEMSAMANI, and ALEXIS
DESIENO,

     **Defendants.**

**CIVIL ACTION FILE**

**NO. 1:25-CV-279-MHC**

## <u>ORDER</u>

Plaintiff initiated this putative class action pursuant to the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq., on January 22, 2025 [Doc. 1]. Defendants filed a Motion to Dismiss on February 13, 2025 [Doc. 10]. On February 14, 2025, Plaintiff filed a Motion to Extend Plaintiff's Deadline to Respond to Defendants' Motion to Dismiss ("Plaintiff's Motion") [Doc. 14], seeking to extend the deadline "to a date determined by the Court after a lead plaintiff is appointed pursuant to the [Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 et seq.]. Counsel for Defendants has indicated to this Court that they intend to oppose Plaintiffs' Motion.

Accordingly, it is hereby **ORDERED** that the deadline for Plaintiffs to respond to Defendants' Motion to Dismiss [Doc. 10] is **STAYED** until further Order of the Court following the resolution of Plaintiffs' Motion to Extend Plaintiffs' Deadline to Respond to Defendants' Motion to Dismiss [Doc. 14].

**IT IS SO ORDERED** this 18th day of February, 2025.

MARK H. COHEN
United States District Judge