# EXHIBIT B

United States District Court
Southern District of Texas
**ENTERED**
December 01, 2015
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SHAWN M. HALL, Individually and On Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | Case No. 4:15-CV-3098 |
| v. | § § | |
| NOBILIS HEALTH CORP., CHRISTOPHER H. LLOYD, and KENNETH J. KLEIN, | § § § § | |
| Defendants. | § § § | Judge Keith P. Ellison |

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

This Court, having considered Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, the response and arguments of counsel, and all relevant law and facts, finds that the Motion should be DENIED. Plaintiff's response to the motion to dismiss is due on December 9, 2015.

Signed on this the 1st day of December, 2015.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE